STATE OF NEW JERSEY v. SHAHEED SHABBAZ.

March 11, 1986.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. KONSTANTIN KARAEFTHIMOGLU.

March 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT CARLTON, JR.

March 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GERALD JEFFERSON.

March 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. NADYA GUENTHER.

March 11, 1986.

Petition for certification denied.